UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Lershawn V. Kelly,

       Petitioner,

vs.

R.L. Morrison, Warden,

       Respondent.

ORDER ADOPTING
REPORT AND RECOMMENDATION

Civ. No. 06-2168 (PJS/RLE)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

That the Petition for Writ of Habeas Corpus [Docket No. 1] is granted, in part, as more fully described in the text of the Report and Recommendation [Docket No. 8].

Dated: 2/16/07

       s/Patrick J. Schiltz
       Patrick J. Schiltz
       United States District Judge